■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH E. POWERS, Appellant v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent. — Order unanimously affirmed. Memorandum: We have not passed on the

several issues presented by appellant for the first time in this court. (Appeal from order of Cayuga County Court dismissing writ of habeas corpus, following a hearing.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.